**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**



UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RODOLFO RAMOS ARTEAGA (1),

        Defendant.

CASE NO. 17CR2539-GPC

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

21 USC 952 and 960 - Importation of Methamphetaine, Fentanyl and Cocaine

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/23/18

Gonzalo P. Curiel
U.S. District Judge